Eastern District of Kentucky
FILED

OCT - 2 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
## _____ DIVISION at _____

CIVIL ACTION NO. 2:24-cv-144 (Court Clerk will supply)

**Jeremy Spencer**
PLAINTIFF

VS:

**Officer Jacob Ganshirt**
**Judge Jeffery Smith**
(do not use "et al.", enter full names)

Demand for Jury Trial:
Yes (✓) No ( )

DEFENDANTS

I. **Plaintiff:**
   A. Name (list any aliases): Jeremy Spencer ~~Officer Jacob Ganshirt~~
   B. Prisoner ID #: N/A   Check one: Convicted N/A   Pretrial Detainee ____
   C. Place of present confinement: N/A
   D. Address: c/o 1891 Grovepointe Dr Florence KY 41042

II. **Defendant(s):** (additional defendants may be listed on a separate sheet of paper)
   A. Defendant's Name: Officer Jacob Ganshirt
      Title or Position: Deputy Sheriff
      Place of Employment: Boon County sheriff Dept.
   B. Defendant's Name: Jeffery Smith
      Title or Position: District Judge
      Place of Employment: Boon county Courthouse

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

    C. Defendant's Name: _____
       Title or Position: _____
       Place of Employment: _____
    D.    Defendant's Name: _____
       Title or Position: _____
       Place of Employment: _____
    E.    Defendant's Name: _____
       Title or Position: _____
       Place of Employment: _____

### III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

Jeremy Spence has attached a 2 page outline of Statement of claim

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1  On 09/27/2023 around 9:15 AM Defendant Jeremy Spencer was driving north/east bound on
2  Oakbrook drive. Jeremy was passing the Defendant officer Ganshirt just south of intersection Limaburg
3  road. As Ganshirt was driving in the opposite direction, Jeremy Spencer Decided to show the officer his
4  middle finger as **an exorcise of his first amendment right freedom of speech.** Officer Ganshirt decided
5  to make a "u" turn and follow Jeremy spencer. Jeremy was currently stopped at the intersection of RT
6  18/ Oakbrook drive/ Areo parkway when Ganshirt pulled up behind Jeremy. Upon a green light Jeremy
7  proceeded on to Aero Parkway when Ganshirt Decided to initiate a traffic stop. A total distance of about
8  3/4to 1 mile was traveled from original contact to the point of traffic stop.
9  Ganshirt stated he pulled Jeremy over for failure to maintain lane and Jeremy was over the fog line
10 (white line). The Officer asked for license registration and proof of insurance. Jeremy provided all
11 documentation. Jeremy's registration and insurance were valid.
12 Ganshirt asked "where we coming from today?"
13 Jeremy Spencer replied "I don't answer questions"
14 Ganshirt asked "when did i last have a traffic ticket?"
15 Jeremy Spencer replied "I don't answer questions"
16 Ganshirt immediately returned to his vehicle to write the citation. Ganshirt returned to Jeremy's car to
17 serve the citation of Careless driving KRS 189.290. That statute makes no mention of the fog line.
18 **Ganshirt stated, twice, "_if you don't want to draw attention to yourself don't flip/flick me off_".**
19 **Due to this statement I believe Ganshirt is using the color of law to retaliate against Jeremy Spencer**
20 **freedom of speech.**
21 Ganshirt returned to his vehicle without preforming, or attempt to preform, or determine
22 suspicion, of DUI, distracted driving, mechanical issues with vehicle, or any suspicion of
23 emergency medical issues Jeremy Spencer could have been having.
24
25  Jeremy Spencer attended Boone County Circuit Court on 10/13/2023 per the citation set
26 court date. Judge Jeffery Smith was presiding with an unknown prosecutor. When Jeremy
27 approached the bench to be arraigned he was asked to enter a plea. Jeremy began to make a
28 statement only to be interrupted and talked over by Judge Jeffery Smith and the very large
29 intimidating Sherriff deputy standing with in arms reach of Jeremy Spencer. Jeremy became vary
30 angered by the Judges interruption. The judge attempted to enter a plea of not guilty on behalf of
31 Jeremy, despite Jeremy being present and objecting to the judges attempt to "railroad" Jeremy
32 Spencer. Jeremy left the court room then attempted to seek legal assistance over several month
33 but was unable to find any that would work in his interest.
34 On 08/10/2024 Jeremy Attempted to get his license renewed as it was set to expire on
35 10/17/2024. Jeremy was informed by the Ohio BMV that Boone County Circuit Court had

Page 1 of 2

suspended his license. Jeremy gave 2 detailed letters requesting motion to dismiss to unknow clerk/secretary, one letter for the judge and one for the Michael D. Mason Assistant County Attorney on 08/6/2024. A few days later Jeremy seen the court date was still set for 08/22/2024, and filed a formal motion to dismiss form with the same unknow clerk/secretary. Jeremy Attended court on 08/22/2024. Judge Smith asked why Jeremy was there, the present unknown prosecutor stated "to review a cat's program". Jeremy stated that was incorrect and mentioned he had filed a motion to dismiss and asked the judge if he received it. The prosecutor held up a paper and it was handed to the judge. Judge Jeffery Smith quickly looked at the papers and then entered a not guilty plea on Jeremys behalf, he also set forth a pretrial date for 09/23/2024.

**Judge Jeffery Smith and the prosecutor both had several weeks to review the detailed motion to dismiss and the laws mentioned in the motion/citation. They could have dismissed the case prior to 08/22/2024. Thus since they have continued on with the case, and seem to support Officer Ganshirts colorable actions, and continue to waist Jeremys' time, Jeremy Spencer feels compelled to include them as a real party in interest and coconspirators of Officers Ganshirts retaliatory stop and use of colorable law.**

**Additionally since this all involves the attempt to obtain money from the plaintiff, Jeremy wishes to charge Judge Jeffery smith, Officer Ganshirt, and the Prosecutor with the attempt of extortion, and retaliation for Jeremy's freedom of speech.**

# In short summery Jeremy wishes to bring about the charges of USA Constitution Rights first amendment freedom of speech violation, in addition to extortion, and conspiracy to each the officer, judge and any/all prosecutors that had been present in court and had the opportunity to read, review, and dismiss the case.

Thank you

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

B. When did these events happen?

9/27/2023 at 9:00am to 9:19 am

-0.8

❀EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

Areo parkway just pass Pay one Drive, and oak brook road is where the Officer violated 1st Amendment Right. Boone county court house is where the judge & prosecuter

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

U.S. Constitution: 1st amendment, Kentucky Bill of Rights Section 1 (free speech), 18 USC 242

**IV. Exhaustion of Administrative Remedies**

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following: N/A

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES ( ) NO (X) I'm not a prisoner

2. If so, did you (check **ALL** that apply):
   _____ file a request or appeal to the Warden _____ date
   _____ appeal to the Regional Director _____ date
   _____ appeal to the Office of General Counsel _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4. What was the result? _____

~~_____~~

~~_____~~

5. If you did not file a grievance, why not? _____

~~_____~~

~~_____~~

B. **State Prisoners** answer the following:  N/A

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES (____)   NO (____)

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

   _____ file a grievance and seek an informal resolution      _____ date
   _____ request a hearing from the Grievance Committee        _____ date
   _____ appeal to the Warden                                  _____ date
   _____ appeal to the Commissioner                            _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
   YES (____)   NO (____)
   _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result?  N/A _____

_____

_____

5. If you did not file a grievance, why not?

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. **County or City Prisoners** answer the following:  N/A

1. Is there a grievance/appeal policy at your jail?   YES (   )   NO (   )
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

3. Did you file a grievance regarding these facts?   YES (   )   NO (   )
4. If you filed a grievance:

   a. What steps did you take to use the grievance process?  N/A

   _____

   b. What was the result?   N/A

   _____

   c. If unsuccessful, did you file an appeal?   YES (   )   NO (   )
   d. What was the result?   N/A

   _____

   e. Did you take any further steps in the grievance process?
      YES (   )  NO (   )     NO MORE AVAILABLE (   )
   f. What was the result?  _____

   _____

5. If you did not file a grievance, why not?:  N/A

_____

≋EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action? YES (___) NO (___)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

   1. PARTIES:
   Plaintiff: _____
   Defendant(s): _____
   _____
   _____

   2. COURT: (name the district for a federal court, or the county for a state court)
   _____

   3. CASE NO.: _____ DATE FILED: _____
   4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)
   _____
   _____

   5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

   1. Plaintiff _____ vs. Defendant(s) _____
      Court Name: _____         Case No.: _____
      Nature of Claim: _____    Date Filed: _____
      Outcome: _____            Date: _____

   2. Plaintiff _____ vs. Defendant(s) _____
      Court Name: _____         Case No.: _____
      Nature of Claim: _____    Date Filed: _____
      Outcome: _____            Date: _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

50,000 per defendant pluse any costs/dept to the Court

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

### CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_  w/d without prejudice
Signature of Plaintiff    w/o recurce N/A    10/2/2024
                          Prison ID#              Date

Novation
This shall not be construde as
a refileing or amendment
to the first complaint filed.

Plaintiff's Address: c/o 1891 Grovepointe Dr
Florence, KY 41042

Page# 8 of 8