UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 24-144-DLB

JEREMY SPENCER                        PLAINTIFF

v.                        **ORDER**

OFFICER JACOB GANSHIRT
JUDGE JEFFERY SMITH                  DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Jeremy Spencer has filed a renewed motion to proceed *in forma pauperis*. (Doc. # 8). The information contained in Spencer's fee motion indicates that he lacks sufficient assets or income to pay the $405.00 filing fee.

Accordingly, it is **ORDERED** as follows:

(1) Spencer's motion for leave to proceed *in forma pauperis* (Doc. # 8) is **GRANTED**. The Court **WAIVES** payment of the filing and administrative fees.

(2) This matter stands submitted for initial screening pursuant to 28 U.S.C. § 1915(e).

This 4th day of October, 2024.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\Judge-DLB\DATA\ORDERS\PSO Orders\2-24-144 IFP Order.docx