UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 24-144-DLB**

**JEREMY SPENCER**                                                                      **PLAINTIFF**

**v.**                                                     <u>**ORDER**</u>

**JACOB GANSHIRT, et al.**                                               **DEFENDANTS**

\*\*\* \*\*\* \*\*\* \*\*\*

On October 4, 2024, the Court ordered this matter stayed until state criminal proceedings against plaintiff Jeremy Spencer are completed. (Doc. # 10). Spencer has now filed a motion to continue the stay because the state charges have not yet been resolved. (Doc. # 12). The Court will deny the motion as moot because it is not necessary: the Court previously ordered that this matter shall remain stayed "pending resolution of the charges pending against Spencer in *Commonwealth v. Spencer*, No. 23-T-08551 (Boone Dist. Ct. 2023)." (*See* Doc. # 10 at 2). In other words, the stay automatically remains in place until the state case is resolved, one way or another.

Spencer also indicates that there will be a status conference in his state case in late February. (Doc. # 12 at 1). Spencer should therefore file his next report regarding the status of his case on or before March 7, 2025.

Accordingly, it is **ORDERED** as follows:

(1) Spencer's motion to continue the stay (Doc. # 12) is **DENIED** as moot; and

(2) **On or before March 7, 2025**, <u>and every sixty (60) days thereafter</u>, Spencer shall **FILE** in this Court a Report advising the Court of the status of his state criminal case.

1

This 11th day of February, 2025.



Signed By:
*David L. Bunning*
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\PSO Orders\2-24-144 Order Denying DE 12.docx

Case: 2:24-cv-00144-DLB-MAS    Doc #: 13    Filed: 02/11/25    Page: 2 of 2 - Page ID#: 61