# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

| | |
|---|---|
| **JEREMY SPENCER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 2:24-CV-00144-DLB-MAS |
| | ) |
| **OFFICER JACOB GANSHIRT,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The District Judge referred this matter to the undersigned to conduct all further proceedings, including preparing proposed findings of fact and recommendations on any dispositive motions. Pursuant to Fed R. Civ P. 16 and 26, the Court **ORDERS** as follows:

(1) The parties shall have up to and including **Friday, May 23, 2025**, in which to file their respective discovery schedule and plans and to make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1). The discovery plans shall include:

    a. Issues that will require discovery;

    b. Timeline for completing discovery;

    c. Whether interrogatories and requests for production of documents are necessary, and if so, the maximum number of interrogatories and

   requests for production of documents by each party to another party, along with dates the answers are due;

d. Whether requests for admissions are necessary, and if so, the maximum number of requests for admissions along with the dates responses are due;

e. Whether depositions are necessary, and, if so, the maximum number of depositions for each party and the time limits on each deposition;

f. Final dates to amend pleading or join parties;

g. Final date to file dispositive motions; and

h. Expected length of trial, in days.

Entered this 23rd of April, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY