# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# COVINGTON

| | |
|---|---|
| **JEREMY SPENCER,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | NO. 2:24-CV-00144-DLB-MAS |
| ) | |
| **OFFICER JACOB GANSHIRT,** *et al.*, ) | |
| ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## SCHEDULING ORDER

Chief Judge Bunning referred this matter to conduct all pretrial proceedings. [DE 21]. The undersigned ordered the parties to submit separate Rule 26(f) Planning Reports. [DE 37]. The parties submitted their respective proposals. [DE 39 & 41]. Having carefully considered the parties' Rule 26(f) reports, the Court **ORDERS** as follows:

1) **Not later than 10 days from the date of this Order**, the parties shall exchange any information required by Rule 26(a)(1) which has not previously been exchanged.

2) The parties shall immediately assess the potential for agreed resolution of the case and should continue to make that assessment as litigation continues. If the parties desire a settlement conference with a magistrate judge (other than the undersigned), they shall file a joint motion seeking that relief.

3) The plaintiff shall make any motions to amend the pleadings or join additional parties by **August 1, 2025.** The defendant shall have until **August 15, 2025**, to make any motions to amend the pleadings or join additional parties.

4) That the parties shall complete all fact discovery by **December 1, 2025**. In any instance, a party using a form of discovery that allows a response time under the rules shall calculate and account for appropriate response time, within the discovery deadline, in serving that method of discovery. Supplementation of discovery pursuant to Rule 26(e)(1) shall be due within thirty (30) days of the discovery of new information.

5) Plaintiff shall disclose the identity of expert witnesses and those experts' reports no later than **December 16, 2025**. Defendant shall make the same disclosures by **January 15, 2026**. The parties shall provide proposed deposition dates with their disclosures.

6) The parties shall complete all expert discovery by **February 2, 2026.**

7) The parties shall file all dispositive and *Daubert* motions by **March 4, 2026.**

8) Motion practice shall be governed by Local Rule 7.1 except as otherwise provided in this order. Failure to respond to a motion shall be grounds for the Court to conclude that any arguments in opposition thereto have been waived. *See Humphrey v. U.S. Attorney Gen.'s Office*, 279 F. App'x 328, 331 (6th Cir. 2008).

9) The Court builds the case schedule based on party input. Modification of this schedule thus is disfavored and will occur only under the standards and

mechanics of Rule 16 and/or Rule 6, as applicable. Further, seeing no request for modification, the default limits within the discovery rules apply.

10) Upon resolution of any summary judgment motion, or expiration of the deadline to file the same, the Court will set any additional deadlines as necessary at that time.

Signed this the 11th of July, 2025.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY