# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION
# CASE NO. 2:24-CV-00144-DLB

**JEREMY SPENCER**                                                                                   **PLAINTIFF**

**v.**

**JACOB GANSHIRT**                                                                                   **DEFENDANT**

## NOTICE OF SERVICE

Please take notice that Defendant, Jacob Ganshirt, by and through counsel, has served his Objections and Answers to Plaintiff's First Set of Interrogatories and Requests for Production of Documents upon Plaintiff via electronic mail.

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
Casmir M. Thornberry, Esq. (#100623)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
p: 859.394.6200 |f: 859.392.7200
jmando@adamsattorneys.com
cthornberry@adamsattorneys.com

*Attorneys for Defendant, Jacob Ganshirt*

1

## CERTIFICATE OF SERVICE

   I hereby certify that on the **14th** day of July, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

   A copy was also served via U.S. Mail upon:

Jeremey Spencer
1891 Grovepoint Drive
Florence, KY 41042

                  */s/ Jeffrey C. Mando*
                  Jeffrey C. Mando, Esq.