UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 24-144-DLB-MAS

JEREMY SPENCER                                                                                          PLAINTIFF

v.                                                        **ORDER**

OFFICER JACOB GANSHIRT                                                                    DEFENDANT

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Matthew A. Stinnett (Doc. # 54), wherein he recommends that Plaintiff Jeremy Spencer's Motion to Amend Complaint (Doc. # 47) be denied and that Plaintiff's Motion for Ruling on Unopposed Motion for Leave to Amend Complaint (Doc. # 51) be denied as moot.  No objections have been filed, and the time for doing so has passed.[1]

The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED AND ADJUDGED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 54) is **ADOPTED as the Opinion of the Court**;

---

[1]     After Judge Stinnett issued his R&R, Plaintiff filed a second Motion for Leave to Amend Complaint (the "Second Motion") (Doc. # 60) which remains pending.  Through the Second Motion, Plaintiff attempts to correct certain deficiencies with the instant Motion to Amend that Judge Stinnett raised in his R&R.  Given the circumstances, and in the absence of any timely filed written objections, the Court takes Plaintiff's filing of the Second Motion as a concession that he has no objections to the R&R.

(2) Plaintiff Jeremy Spencer's Motion to Amend Complaint (Doc. # 47) is **DENIED**; and

(3) Plaintiff Jeremy Spencer's Motion for Ruling on Unopposed Motion for Leave to Amend Complaint (Doc. # 51) is **DENIED AS MOOT**.

This 30th day of July, 2025.



Signed By:
*David L. Bunning*
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2024\24-144 Order Adopting R&R.docx