# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION
# CASE NO. 2:24-CV-00144-DLB

**JEREMY SPENCER**                                                                                               **PLAINTIFF**

**v.**

**JACOB GANSHIRT**                                                                                                **DEFENDANT**

## NOTICE OF CONVENTIONAL FILING

The Defendant, Jacob Ganshirt, by and through counsel, hereby gives notice of the conventional filing of a thumb drive containing Exhibit 2 to his Motion for Summary Judgment (R. 86).

Respectfully submitted,

*/s/ Jeffrey C. Mando*
Jeffrey C. Mando, Esq. (#43548)
Casmir M. Thornberry, Esq. (#100623)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
p: 859.394.6200 | f: 859.392.7200
jmando@adamsattorneys.com
cthornberry@adamsattorneys.com

*Attorneys for Defendant, Jacob Ganshirt*

**CERTIFICATE OF SERVICE**

This is to certify that on the **20th** day of January, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

I further certify that a true and correct copy of the foregoing was also served via electronic mail upon:

Mr. Jeremy Spencer
1891 Grovepoint Drive
Florence, KY 41042
jackoneil2121@yahoo.com

/s/ Jeffrey C. Mando
Jeffrey C. Mando, Esq.