UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | |
|---|---|
| **JEREMY SPENCER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) NO. 2:24-CV-00144-DLB-MAS |
| | ) |
| **JACOB GANSHIRT,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

This matter is before the Court on Plaintiff Jeremy Spencer's ("Spencer") Emergency Motion to Strike, or in the Alternative Motion for Clarification, Extension of Time, and Page-limit Relief. [DE 90]. In support of his motion, Spencer claims that Defendant Jacob Ganshirt's filing of a combined memorandum in support of his own Motion for Summary Judgment and in Response to Spencer's Motion for Summary Judgment [DE 86] is procedurally improper, stating that the "Local Rules do not expressly authorize a party to merge an affirmative dispositive motion with a responsive brief where doing so obscures deadlines and page limitations applicable to the opposing party." [DE 90]. In short, Spencer now claims that this action created concrete and immediate prejudice to him.

To begin, although Ganshirt's combined memorandum may be irregular and is not *expressly* authorized, it is procedurally proper under this Court's Local Rules. To

clarify, the filing at DE 86 shall be treated as two things: (1) Ganshirt's Motion for Summary Judgment; and (2) Ganshirt's Response to Spencer's Motion for Summary Judgment.

As such, Spencer has two options moving forward: (1) Spencer may submit separate documents, both a response and a reply, and each will have its own deadline and page limit in accordance with Local Rule 7.1.  His Response to Ganshirt's Motion for Summary Judgment may not exceed twenty-five (25) pages and shall be filed within twenty-one (21) days of the service of Ganshirt's Motion (the combined memorandum at DE 86).  His Reply to Ganshirt's Response to Spencer's Motion for Summary Judgment may not exceed fifteen (15) pages and shall be filed within fourteen (14) days of the service of Ganshirt's Response (the combined memorandum at DE 86).  (2) Alternatively, Spencer may file a similar combined memorandum as his Response to Ganshirt's Motion for Summary Judgment and Reply to Ganshirt's Response to Spencer's Motion for Summary Judgment.  Such a memorandum shall comply with the earliest date range and be filed within fourteen (14) days of the service of Ganshirt's combined memorandum; however, Spencer may utilize twenty-five (25) pages for such a filing.  Regardless, Spencer is encouraged to file a Response to Ganshirt's Motion for Summary Judgment in one form or another.  Filing a Reply to Ganshirt's Response, however, is completely left to his own discretion.

Accordingly, **IT IS ORDERED** that Plaintiff's Motion to Strike [DE 90] is **DENIED**.  Plaintiff shall adhere to the Local Rules and above instructions in filing any response and/or reply.

Signed this the 30th day of January, 2026.

*Matthew A. Stinnett*
MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY