**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 24-144-DLB-MAS**

JEREMY SPENCER                                                    PLAINTIFF


v.                                    <u>JUDGMENT</u>


JACOB GANSHIRT                                                    DEFENDANT

\* \* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Consistent with the Memorandum Order Adopting Report and Recommendation entered today, and pursuant to Federal Rule of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1)    **JUDGMENT** is hereby entered in favor of **Defendant Ganshirt** on all claims brought by Plaintiff Spencer in this action; and

(2)    This civil action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

This 19th day of June, 2026.

Signed By:

*David L. Bunning*    *DB*

**Chief United States District Judge**