Eastern District of Kentucky
FILED
SEP 29 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**JEREMY SPENCER,**
Plaintiff,

v.

**JACOB GANSHIRT,**
Defendant.

**Civil Action No. 2:24-cv-00144-DLB-MAS**

Sixth Circuit Appeal
**No.** ______________________

# PLAINTIFF'S AMENDED NOTICE OF APPEAL FOLLOWING DISPOSITION OF RULE 59(e) MOTION

**1.** Notice is hereby given that Plaintiff Jeremy Spencer, proceeding in propria persona, appeals to the United States Court of Appeals for the Sixth Circuit from the District Court's Order entered September 2, 2026, denying Plaintiff's Motion to Alter or Amend Judgment under Federal Rule of Civil Procedure 59(e) (Doc. 101).

**2.** This amended notice also continues and preserves Plaintiff's appeal from the Court's June 19, 2026 Memorandum Order (Doc. 99), the June 19, 2026 Judgment (Doc. 100), and all prior adverse orders and rulings that merge into, are affected by, or are reviewable from the final judgment.

**3.** Plaintiff filed a Protective Notice of Appeal on July 10, 2026 (Doc. 102), while his timely Rule 59(e) motion remained pending. Under Federal Rule of Appellate Procedure 4(a)(4)(B)(i), that notice became effective upon entry of the September 2, 2026 order disposing of the Rule 59(e) motion. The appeal has been docketed in the Sixth Circuit as Appeal No. 26-5617.

**4.** Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B)(ii), Plaintiff files this Amended Notice of Appeal to make explicit that he seeks appellate review of the September 2, 2026 order denying Rule 59(e) relief, in addition to the judgment, underlying orders, and issues identified in the original Protective Notice of Appeal.

**5.** This Amended Notice of Appeal supplements the July 10, 2026 Protective Notice of Appeal. It is not intended to abandon, narrow, waive, or otherwise limit any issue properly preserved for appellate review.

Regards,

Jeremy Spencer
Beneficiary, without prejudice or recourse
c/o [1891 Grovepointe Dr.]
[Florence, KY 41042]
Spencerj2121@yahoo.com
Date: 9/29

**CERTIFICATE OF SERVICE**

I certify that on 9/29, 2026, I served a true and correct copy of the foregoing Plaintiff's Amended Notice of Appeal Following Disposition of Rule 59(e) Motion upon counsel for Defendant Jacob Ganshirt by the following method:

[ X ] Electronic Mail

[ X ] Notice of Electronic Filing / ECF

Jeffrey C. Mando, Esq./ Casmir M. Thornberry, Esq.
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY 41011
jmando@adamsattorneys.com, cthornberry@adamsattorneys.com